United States District Court
Southern District of Texas
**ENTERED**
May 08, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATULLAH SYED, *et al* <br> Plaintiffs, | § § | |
| VS | § § | CIVIL ACTION NO. 4:22cv4009 |
| AFTEX PERSONAL CARE <br> SERVICES, INC. , *et al* <br> Defendants. | § § § § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed via email that a settlement of this action has been reached. Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within sixty days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next sixty days.

SIGNED at Houston, Texas, this ___8th___ day of May, 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE