United States District Court
Southern District of Texas
**ENTERED**
July 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATAULLAH SYED, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:22-cv-04009 |
| AFTEX PERSONAL CARE SERVICES, INC., FRANCES N. NWORA & LAWRENCE N. NWORA | § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## ORDER

Upon due consideration of the Consent Motion for Approval of Fair Labor Standards Act Settlement and Dismissal with Prejudice (the "Motion") filed by Plaintiffs, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**.

The Court finds that the proposed Settlement memorialized in the Agreement enclosed as Exhibit 1 to the Motion is a fair, reasonable, and adequate resolution of a *bona fide* dispute between Plaintiffs and Defendants and satisfies the standard for approval under § 16(b) of the FLSA, 29 U.S.C. § 216(b). The Court finds that the Settlement resulted from arms-length negotiations between experienced counsel after substantial investigation. Plaintiffs' Counsel has informed the Court that they believe the Settlement is fair, reasonable, and adequate and in the best interests of the Plaintiffs. The Court has considered all relevant factors, including the risk, complexity, expense, and likely duration of the litigation; the extent of investigation;

the amount offered in the Settlement; and the experience and views of counsel for the Parties. Accordingly, the Agreement and its exhibits are **APPROVED.**

The Court finds that the proposed allocation and calculation of the Individual Payments to the Plaintiffs as set forth in Agreement are fair and reasonable. The Court **APPROVES** the method of calculation and proposed distribution of the Individual Payments and **ORDERS** that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Agreement.

The Court **APPROVES** the payment of attorneys' fees and expense reimbursements to Plaintiffs' Counsel as provided in the Agreement, and orders that such payments be distributed in the manner, and subject to the terms and conditions, set forth in the Agreement.

Based on the Parties' Agreement, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that the claims of Plaintiffs are hereby **DISMISSED WITH PREJUDICE**. All pending deadlines are stricken as moot. The Court shall, however, retain jurisdiction solely and exclusively to enforce the Parties' Settlement.

**IT IS SO ORDERED.**

SIGNED this 8th day of July, 2025.

Andrew S. Hanen
United States District Judge

2